**NEWMAN | WILLIAMS**
A PROFESSIONAL CORPORATION

BY: GERARD J. GEIGER, ESQUIRE
IDENTIFICATION NO. PA 44099
LAW OFFICES
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511
(570) 421-9090 (voice)
(570) 424-9739 (fax)
ggeiger@newmanwilliams.com

ATTORNEY FOR: E. David Christine, Michael Mancuso, and Monroe County, Pennsylvania

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HALL, et al, <br>                    Plaintiffs, <br><br> v. <br><br> PHELPS et al., <br>                    Defendants | 3:22-cv-00480 <br><br> Jury Trial Demanded |

## Entry of Appearance

TO THE CLERK:

Enter my appearance for the following defendants:

1. E. David Christine;
2. Michael Mancuso; and
3. Monroe County, Pennsylvania.

NEWMAN | WILLIAMS

By: _____
        Gerard J. Geiger, Esq.

Date: April 13, 2022

## Certificate of Service

I hereby certify that, on this date, plaintiffs' attorney, listed below,

was served with a copy of this document via the Court's ECF system:

Devon M. Jacob
Jacob Litigation
P.O. Box 837
Mechanicsburg, PA 17055-0837
Email: djacob@jacoblitigation.com

NEWMAN | WILLIAMS

By: _____
Gerard J. Geiger, Esq.

Date: April 13, 2022