# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARETH J. HALL, personally,** | : | |
| **and as the Administrator of the** | : | |
| **ESTATE OF CHRISTIAN JOSEPH** | : | |
| **HALL; AND FE B. HALL** | : | |
| Plaintiffs | : | No.  3:22-cv-000480 |
| | : | |
| v. | : | Judge Mannin |
| | : | |
| **CHARLES S. PHELPS;** | : | **Electronically Filed Document** |
| **IAN D. MACMILLAN;** | : | *Complaint Filed 03/30/2022* |
| **JOHN DOE 1;** | : | |
| **JOHN DOE 2;** | : | |
| **ROBERT EVANCHICK;** | : | |
| **E. DAVID CHRISTINE, JR.;** | : | |
| **MICHAEL MANCUSO; and** | : | |
| **MONROE COUNTY,** | : | |
| **PENNSYLVANIA** | : | |
| **Defendants** | | |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants Corporal Charles Phelps, Trooper Ian MacMillan and Commissioner Robert Evanchick in the above-captioned matter.

Respectfully submitted,

By: *s/ Jessica S. Davis*
JESSICA S. DAVIS
Assistant Counsel
Attorney ID 94560

**Pennsylvania State Police**
**1800 Elmerton Ave.**
**Harrisburg, PA 17110**
**Phone: (717) 787-0338**

DANIEL C. BECK
Chief Counsel

**jessicdavi@pa.gov**

**Date: May 6, 2022**

Counsel for Defendants Robert Evanchick, Tpr. Ian MacMillan and Cpl. Charles Phelps

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARETH J. HALL, personally,** | : | |
| **and as the Administrator of the** | : | |
| **ESTATE OF CHRISTIAN JOSEPH** | : | |
| **HALL; AND FE B. HALL** | : | |
| **Plaintiffs** | : | No.  3:22-CV-00480 |
| | : | |
| **v.** | : | Judge Mannion |
| | : | |
| **CHARLES S. PHELPS;** | : | **Electronically Filed Document** |
| **IAN D. MACMILLAN;** | : | *Complaint Filed 03/30/2022* |
| **JOHN DOE 1;** | : | |
| **JOHN DOE 2;** | : | |
| **ROBERT EVANCHICK;** | : | |
| **E. DAVID CHRISTINE, JR.;** | : | |
| **MICHAEL MANCUSO; and** | : | |
| **MONROE COUNTY,** | : | |
| **PENNSYLVANIA** | : | |
| **Defendants** | : | |

## CERTIFICATE OF SERVICE

I, Jessica S. Davis, Assistant Counsel for the Pennsylvania State Police, hereby certify that on May 6, 2022, I caused to be served a true and correct copy of the foregoing document titled Entry of Appearance to the following:

**VIA ELECTRONIC FILING**

| | |
|---|---|
| **Devon M. Jacob** | **Gerard J. Geiger** |
| **Jacob Litigation** | **Newman Williams** |
| **P. O. Box 837** | **712 Monroe Street** |
| **Mechanicsburg, PA 17055-0837** | **Stroudsburg, PA 18360** |
| **(717) 796-773** | **(570) 424-9739** |
| djacob@jacoblitigation.com | ggeiger@newmanwilliams.com |
| *Counsel for Plaintiffs* | *Counsel for Defedants E. David Christine, Jr., Michael Mancso, and Monroe County, Pennsylvania* |

                               *s/ Jessica S. Davis*
                              **JESSICA S. DAVIS**
                              Assistant Counsel