IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARETH J. HALL, personally, and as the Administrator of the ESTATE OF CHRISTIAN JOSEPH HALL; and FE B. HALL; Plaintiff, | 3:22-cv-00480 <br><br> Jury Trial Demanded |
| v. | |
| CHARLES S. PHELP et al., Defendants | |

ORDER

AND NOW, this 26th day of September, 2023, upon consideration of the DA Defendants' Concurred-in Motion to Extend Litigation Deadlines by 120 Days, it is hereby **ORDERED** that the motion is **GRANTED.**

**IT IS HEREBY FURTHER ORDERED** that:

1. **Fact Discovery.** All fact discovery shall be completed by **January 29, 2024.**

2. **Expert Reports.** Expert reports will be due from the Plaintiffs on or before March 3, 2024, by the Defendants on or before **March 31, 2024**; Supplementations, if any, by either party will be due on or before **April 30, 2024.**

1

3. **Expert Discovery.** All expert discovery shall be completed by **May 31, 2024**.

4. **Dispositive Motions.** Dispositive motions, if any, shall be filed **July 29, 2024**.

The final pretrial conference and trial dates will be decided after the dispositive motion deadline has expired.

Counsel are reminded that discovery disputes will be handled as follows: In the first instance, counsel should discuss, in good faith, an equitable resolution of their discovery disagreements. If this good faith discussion is unsuccessful, counsel shall contact chambers to schedule a conference call among all parties to discuss and resolve the dispute. If, after the conference call, the court believes the issues need briefing by the parties, it will set down an appropriate briefing schedule. No written discovery motions are to be filed without leave of court, and even then only following the above noted procedure.

Counsel shall not cease active discovery pending disposition of any pretrial motions, including, but not limited to, motions to dismiss. Should the parties enter into private mediation, the court should immediately be notified of the proposed date for mediation. Additionally, if mediation is successful counsel shall immediately notify the court.

The schedule established herein should be followed by all counsel and parties. Continuances of trial and extensions of the discovery period will be sparingly granted, and only when appropriate circumstances demand and application is timely made.

BY THE COURT,

Malachy E. Mannion
United States District Judge